Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>NEZA CORPORATION dba CHALATECO MEXICAN RESTAURANT aka EL CHALATECO; BENSON JOSEPH and RUTH LAPA JOSEPH, TRUSTEES OF THE BENSON AND RUTH JOSEPH 2001 TRUST, DATED MAY 21, 2001,<br><br>    Defendants. | No. 5:12-CV-05393-PSG<br><br>**REQUEST FOR ADMINISTRATIVE RELIEF FROM LAST DATE TO COMPLETE SITE INSPECTION UNDER GENERAL ORDER 56 (ADA Access); [PROPOSED] ORDER** |

**WHEREAS,** on October 18, 2012, Plaintiff, Cecil Shaw ("Plaintiff"), filed a complaint alleging violations of Title III of the Americans with Disabilities Act of 1990, and therefore this matter is governed by this Court's General Order 56 which requires that a joint site inspection of the subject property take place;

**WHEREAS,** the General Order 56 Scheduling Order, issued on October 18, 2012, requires that the joint site inspection take place no later than January 31, 2013;

**WHEREAS,** after having served Defendant Mary Ann Reed, Trustee of the Mary Ann Reed Revocable Trust Indenture Dated August 12, 1997 ("Defendant Reed"), and after having the default entered against all Defendants on December 7, 2012 (Doc. 8), including Defendant

Reed, Defendant Reed advised Plaintiff that she was not the owner of the subject property. Plaintiff investigated the claim and ultimately dismissed Defendant Reed on December 20, 2012;

**WHEREAS,** Plaintiff amended his complaint on January 7, 2013 to name the correct owners of the subject property, Benson Joseph and Ruth Lapa Joseph, Trustees of the Benson and Ruth Joseph 2001 Trust, Dated May 21, 2001 (the "Benson Trust");

**WHEREAS,** the Benson Trust has been served, and a responsive pleading is due on February 4, 2012.

**NOW, THEREFORE**, Plaintiff hereby requests that because Defendant Neza Corporation is presently in default, and the Benson Trust has not yet appeared, that the last date by which the parties may conduct the site inspection be continued from January 31, 2013 to April 1, 2013 in order to afford the Benson Trust time to appear, investigate the claims, and set a date mutually convenient between the parties and their access specialists.  Plaintiff further requests that all deadlines set by the Scheduling Order which are triggered by the date of the site inspection also be continued accordingly.

Dated:  January 23, 2013					MOORE LAW FIRM, P.C.


						           */s/ Tanya E. Moore*
						           Tanya E. Moore, Attorneys for
						           Plaintiff, Cecil Shaw


## ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the last date for the parties to conduct the joint site inspection required by General Order 56 be continued from January 31, 2013 to April 1, 2013, and that all deadlines triggered by the date of the joint site inspection be continued accordingly.

///

1    **IT IS FURTHER ORDERED** that Plaintiff serve a copy of this Order by first class
2  mail upon all Defendants within five (5) Court days.

4  **IT IS SO ORDERED**.

7  Dated: January 24, 2013   _____
                              United States Magistrate Judge