JUDITH J. RENTSCHLER, Esq., STATE BAR NO. 77874
JOSEPH G. TURSI, Esq., STATE BAR NO. 92361
GINA E. SHARRON, Esq., STATE BAR NO. 233329
**RENTSCHLER / TURSI LLP**
411 Borel Avenue, Suite 510
San Mateo, California 94402
Telephone: (650) 524-1980
Facsimile   (650) 524-1985
Electronic Mail: jgtursi@landlaws.com
Electronic Mail: gsharron@landlaws.com

Attorneys for Defendants Benson Joseph and Ruth Lapa Joseph,
Trustees of the Benson and Ruth Joseph Trust 2001 dated May 21, 2001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECIL SHAW,**<br><br>    Plaintiff,<br><br>v.<br><br>**NEZA CORPORATION dba CHALATECO MEXICAN RESTAURANT aka EL CHALATECO; BENSON JOSEPH and RUTH LAPA JOSEPH, TRUSTEES OF THE BENSON AND RUTH JOSEPH TRUST 2001 DATED MAY 21, 2001,**<br><br>    Defendants. | CASE NO:  5:12-CV-05393-PSG<br><br>**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>[Local Rule 6-1(a)] |

Pursuant to Local Rule 6-1(a), Plaintiff Cecil Shaw and Defendants Benson Joseph and Ruth Lapa Joseph, Trustees of the Benson and Ruth Joseph Trust 2001 Dated May 21, 2001 (collectively "**Joseph**") hereby stipulate that Joseph shall have until **February 25, 2013** to respond to the Complaint.

**IT IS SO STIPULATED.**

DATED:  February 4, 2013                MOORE LAW FIRM, P.C.


                                        By:_/s/ *Tanya E. Moore*_____
                                            Tanya E. Moore
                                        Attorneys for Plaintiff Cecil Shaw

1

Further, pursuant to Local Rule 5-1(i)(3), I, Joseph G. Tursi, hereby attest that I have on file all signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

DATED: February 4, 2013

RENTSCHLER / TURSI LLP

By:_/s/ *Joseph G. Tursi*_____
 Joseph G. Tursi
Attorneys for Defendants Benson Joseph and Ruth Lapa Joseph, Trustees of the Benson and Ruth Joseph Trust 2001 dated May 21, 2001

IT IS SO ORDERED.

February 15, 2013

_____
PAUL S. GREWAL
U.S. MAGISTRATE JUDGE